**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| CRYE PRECISION LLC, | Case No. 25-cv-13087 |
| Plaintiff, | |
| | **Judge John J. Tharp Jr.** |
| v. | |
| | **Magistrate Judge Laura K. McNally** |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**PLAINTIFF'S RESPONSE TO COURT ORDER [15]**

Plaintiff Crye Precision LLC ("Plaintiff") responds to the Court's Order [15] as follows:

1.     Plaintiff hereby provides the following list of prior online trademark, copyright, or patent infringement cases (also referred to by the Court as "Schedule A" cases) in any court of the United States in which it was a plaintiff:

| Court | Case Number | Case Title |
|---|---|---|
| Illinois Northern District Court | 24cv5977 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule "'A" |
| Illinois Northern District Court | 24cv5979 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule "'A" |
| Illinois Northern District Court | 24cv5981 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule "'A" |
| Illinois Northern District Court | 24cv6774 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule "'A" |

| | | |
|---|---|---|
| Illinois Northern District Court | 24cv7524 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 24cv6087 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 24cv6040 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 24cv7921 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 24cv6806 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 24cv9095 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 24cv11975 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 24cv8003 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 25cv1052 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 25cv2721 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 24cv12441 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |

| | | |
|---|---|---|
| Illinois Northern District Court | 24cv12586 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 25cv3907 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 25cv1160 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 25cv4208 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 25cv5430 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 25cv8547 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 25cv4106 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 25cv5576 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 25cv5716 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |
| Illinois Northern District Court | 25cv8654 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule '"A" |

| | | |
|---|---|---|
| Illinois Northern District Court | 25cv8806 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule "'A" |
| Illinois Northern District Court | 25cv8874 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule "'A" |
| Illinois Northern District Court | 25cv8979 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule "'A" |
| Illinois Northern District Court | 25cv9125 | Crye Precision LLC v. The Partnership and Unincorporated Associations Identified on Schedule "'A" |

Plaintiff hereby certifies that the following Defendants included in Schedule A to the Amended Complaint [18] in this case were previously named as a defendant in a prior complaint or Schedule A case filed by Plaintiff. However, these Defendants were included in Schedule A for different infringing conduct, i.e., the products involved in this case are different from the products involved in previous cases.

- LANBAOSI(US Trademark)
- DETECH
- ACTIONUNION
- JFFCESTORE
- Jadedragon
- Jump Pocket
- Mountain Land bags
- Fsportplus
- Ace-arms

- auto2025

- Gebwolf

Dated this 30th day of October 2025.            Respectfully submitted,

<u>/s/ Justin R. Gaudio</u>
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Crye Precision LLC*