## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Crye Precision LLC

                    Plaintiff,

v.                                      Case No.: 1:25−cv−13087

                                              Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations Identified on Schedule A

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr: The Court has reviewed the plaintiff's supplemental filing [28] and requests further details. For each defendant that has been named in a prior Schedule A case, the plaintiff should disclose the specific case(s), the IP at issue, and the ultimate disposition as to the defendant. The plaintiff should submit this information to the Court by 11/7/2025. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.