IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYE PRECISION LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 25-cv-13087<br><br>**Judge John J. Tharp Jr.**<br><br>**Magistrate Judge Laura K. McNally** |

## PLAINTIFF'S RESPONSE TO ORDER [29]

Plaintiff Crye Precision LLC ("Plaintiff") responds to the Court's Order [29] as follows:

As indicated in Plaintiff's Response to Order [15] [28], Defendants included in Schedule A to the Amended Complaint [18] were previously named as a defendant in a prior complaint or Schedule A case filed by Plaintiff. All Defendants in this case have infringed upon the federally registered copyrighted work: CAMOFLAGE PATTERN (VA-1-942-951).

All infringing products in the prior cases have been removed since disposition of those cases. The infringing products identified in this case infringe different intellectual property, are new listings, and/or are different products. The below chart includes details about each Defendant.

| Defendant Seller Alias | Case Number | Infringed Trademark and/or Copyright | Disposition of Defendant |
|---|---|---|---|
| LANBAOSI(US Trademark) | NDIL 24cv6040 | MULTICAM (Reg. Nos. 4,737,503 and 4,443,275) | Settlement/Dismissed |
| DETECH | NDIL 24cv6806 | MULTICAM (Reg. Nos. 4,737,503 and 4,443,275) | Settlement/Dismissed |
| ACTIONUNION | NDIL 24cv6806 | MULTICAM (Reg. Nos. 4,737,503 and 4,443,275) | Settlement/Dismissed |

1

| JFFCESTORE | NDIL 24cv6806 | MULTICAM (Reg. Nos. 4,737,503 and 4,443,275) | Settlement/Dismissed |
|---|---|---|---|
| Jadedragon | NDIL 24cv6806 | MULTICAM (Reg. Nos. 4,737,503 and 4,443,275) | Settlement/Dismissed |
| Jump Pocket | NDIL 24cv6806 | MULTICAM (Reg. Nos. 4,737,503 and 4,443,275) | Settlement/Dismissed |
| Mountain Land bags | NDIL 24cv8003 | MULTICAM (Reg. Nos. 4,737,503 and 4,443,275) | Default Judgment |
| Fsportplus | NDIL 25cv1160 | MULTICAM (Reg. Nos. 4,737,503 and 4,443,275) | Settlement/Dismissed |
| Ace-arms | NDIL 25cv2721 | CAMOUFLAGE PATTERN (VA 1-942-951) | Settlement/Dismissed |
| auto2025 | NDIL 25cv2721 | CAMOUFLAGE PATTERN (VA 1-942-951) | Settlement/Dismissed |
| Gebwolf | NDIL 25cv4208 | TROPIC (VA 1-902-832) | Settlement/Dismissed |

Dated this 7th day of November 2025.	Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Crye Precision LLC*