**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CRYE PRECISION LLC,<br><br>              Plaintiff,<br><br>     - against -<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>              Defendants. | Case No. 1:25-cv-13087<br><br>**Judge John J. Tharp, Jr**<br><br>**Magistrate Judge Laura K. McNally** |

## NOTIFICATION OF AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendant No. 32 "Ace-arms" ("Defendant"), owned and operated by "Yichun Aodao Outdoor Products Co., Ltd." by and through its undersigned counsel, discloses the following affiliate: Xuan LI.

Dated: December 15, 2025

Respectfully submitted,

     /s/ Shuai Zhang

Shuai Zhang
SZ & CHI LLP
35-08 Union Street
Suite 9A-107
FLUSHING, NY 11354
Telephone: 216-544-8431
E-mail: Shuai.Zhang@szclaw.com

*Counsel for Defendant No. 32*
*"Ace-arms"*